## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| MYRON BARBER, | Civil No. 11-2279 (JRT/AJB) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| MARGARET MARRINAN, DAVID MILLER, NICOLE KUBISKA, AND THE CITY OF MINNESOTA, | |
| Defendants. | |

_____

Myron Barber**,** 700 North Fifth Street, Belleville, IL 62220, pro se plaintiff.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Arthur J. Boylan, dated September 8, 2011 [Docket No. 5]. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion to Proceed In Forma Pauperis, [Docket No. 2], is **DENIED**;

2. Plaintiff's Motion for Appointment of Counsel, [Docket No. 3], is **DENIED**;

3. This action is **DISMISSED WITHOUT PREJUDICE.**

Dated: October 4, 2011
at Minneapolis, Minnesota               s/ John R. Tunheim
                                                    JOHN R. TUNHEIM
                                     United States District Judge